1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRANDON J. ORR,

                Plaintiff,

   v.

CITY OF RENO, *et al.*,

              Defendants.

Case No. 3:16-cv-00122-MMD-WGC

ORDER

12
13
14
15
16

On January 31, 2017, the Court dismissed this action with prejudice for Plaintiff's failure to comply with LSR 2-2 to notify the Court of his change of address. (ECF No. 15) On February 17, 2017, Plaintiff moved for reconsideration, explaining that he had been incarcerated in the North Las Vegas County Jail for traffic tickets and was not allowed to make any contact with anyone or send letters or postcards. (ECF No. 17.)

17
18
19
20
21
22
23

A motion to reconsider must set forth "some valid reason why the court should reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d 1180, 1183 (D. Nev. 2003).  Reconsideration is appropriate if this Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. Acands, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

24
25
26
27
28

On December 9, 2016. the Court issued an order to remind Plaintiff of his obligations to comply with LSR 2-2 to immediately notify the Court of his change of address and gave him until January 9, 2017 to comply. (ECF No. 11.)  Plaintiff did not comply.  In his motion for reconsideration, Plaintiff appears to offer his incarceration for traffic tickets as a reason for his failure to comply with LSR 2-2. However, Plaintiff fails to

provide the dates of his incarceration or the length of his incarceration to explain his failure to comply with LSR 2-2 for over two months. Accordingly, Plaintiff has failed to offer a valid reason for the Court to reconsider its dismissal order.  Plaintiff's motion for reconsideration (ECF No. 17) is denied.

DATED THIS 21st day of February 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE